UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:26-cv-60141-RS

AMANDA BOYD,

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.
_________________________________/

**MEDIATOR'S REPORT**

David Goldstein, Esq., the undersigned Mediator from Dispute Resolution, Inc., reports to this Honorable Court as follows:

The Mediation was held on July 28, 2026, all parties were present, and

_____ AN AGREEMENT WAS REACHED, SETTLED.

__X__ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations. If no further notice of an Agreement is filed with the Court on or before ____/___/_____, this matter shall be deemed an impasse.

_____ Other: ________________________________________________

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via email to all counsel of record via the CM/ECF portal system on this 28th day of July 2026.

**BY: Dispute Resolution, Inc.**
**David Goldstein, Mediator**
**Fla. Bar: 645362/Mediator No: 35532R**
9627 Exbury Court
Parkland, FL 33076
Telephone No.: (954) 648-5886

***/s/ David M. Goldstein, Esquire***
David M. Goldstein, Esquire