**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

AMANDA BOYD, CASE NO.: 0:26-cv-60141

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT/OFFER OF JUDGEMENT TO PLAINTIFF**

Defendant, WAL-MART STORES EAST, LP, through undersigned attorneys, gives notice that on Wednesday, July 29, 2026, it served a Proposal for Settlement/Offer of Judgement to Plaintiff, Amanda Boyd.

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

By: */s/ Nicholas G. Neville*
CHRISTINE M. MANZO
Florida Bar No. 52121
NICHOLAS G. NEVILLE
Florida Bar No. 123893

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Nicholas G. Neville*
NICHOLAS G. NEVILLE

**SERVICE LIST**

Matthew Sean Tucker, Esq.
Tucker Law
800 SE 3rd Avenue
Suite 300
Fort Lauderdale, Florida 33316
Matt@TuckerUp.com
*Counsel for Plaintiff*