## I. INTERROGATORY-BY-INTERROGATORY COMPARISON

| No. | Status | Difference / Remaining Issue |
|---|---|---|
| 1 | Unchanged | Same statement that responses were prepared with counsel and the Walmart Legal Department and "will be verified" by Store Manager Askaria Kemp. Still no completed verification in the filed exhibit; no address for Kemp. |
| 6 | Unchanged | Same objection to excess coverage based on Defendant's prediction that excess insurance is unlikely to be implicated; same $2 million self-insured retention and declarations reference. |
| 7 | Unchanged | Same general allegations and reservation; does not separately state the facts supporting each affirmative defense. |
| 12 | Unchanged | Same citation to an alleged Evidence Collection Sheet at WALMART 000005. The actual Bates page is an Ameripolish SmartFloor Pads usage-and-maintenance page, not an evidence sheet, and it does not identify who preserved video. |
| 14 | **Changed** | Adds the names and case numbers of three lawsuits. Also narrows the "zero incidents" statement from any substantially similar frozen-food/ice-department trip and fall to one "involving a floor scrubber." Still omits claimant addresses, dates, injuries, reports/photos, and non-suit claims. Second Amended RFP No. 7 separately admits five trip-and-fall incidents in that department. |
| 16 | Unchanged | No substantive change; same proportionality objection and document references. |
| 17 | Unchanged | No substantive change; same objections, document references, and statement that visual inspections are continuous and undocumented. |
| 19 | **Changed** | Removes the word "Maintenance" after Antwoin Perry and Donovan Christie and adds a citation to WALMART 000070-000073 for alleged job descriptions. Those Bates pages are Tennant operator-manual pages. Still omits business/residence addresses and telephone numbers. |
| 20 | **Changed** | Same name cleanup and same new citation to WALMART 000070-000073. Still omits the requested addresses, work schedules, and work assignments. The request is expressly limited to the day of the incident. |
| 21 | Unchanged | Same objections and pre-incident document references; still does not answer yes or no whether post-incident changes occurred. |
| 22 | Unchanged | Same objections and reference to a floor plan; still does not identify anyone involved in or knowledgeable about post-incident decisions. |
| 23 | **Changed** | Changes from objection only to a direct answer: "No." This is a substantive supplementation and can be treated as resolving this interrogatory. |
| 24 | **Changed** | Deletes the objections but otherwise repeats the same document reference and condition. It cites WALMART 000056-000059 as CCTV policies, but those pages are Tennant maintenance-manual pages. It still does not state the camera make/model or retention duration, and the schematic remains withheld pending a confidentiality order. |

## II. RFP-BY-RFP COMPARISON

| RFP | Status | Change / Remaining Issue |
|---|---|---|
| 7 | **Changed materially** | Now admits five trip-and-fall incidents in the frozen-food and ice department and references WALMART 000201-000239 for reports. The prior response stated zero substantially similar incidents and produced no such reports. |
| 14 | Unchanged | Same store-layout response. |
| 16 | **Changed slightly** | Adds a sensitivity/security rationale, but still withholds the camera schematic pending a confidentiality order. |
| 22 | **Changed** | Removes objections but keeps the same document references. |
| 23 | **Changed** | Adds references to alleged job descriptions at WALMART 000070-000073 and new position descriptions at WALMART 000240-000278; still does not provide employee schedules, work assignments, or duty rosters. |
| 24 | **Changed** | Removes objections but keeps the same references, including the inaccurate characterization of WALMART 000056-000059 as CCTV policies. |
| 29 | **Changed** | Removes objections; still says no inspection logs/checklists exist for the incident area. |
| 30 | **Changed** | Removes the scope objection and states WALMART 000011-000015 are the only photographs Defendant took that day. |
| 31 | **Changed materially** | Changes from objections and a pre-incident video reference to a direct statement that no repairs, cleaning, or modifications were performed in response to the incident. |
| 32 | Omitted | No response to RFP No. 32 appears in the Second Amended Responses, despite Defendant's brief asserting that the disputed requests were adequately addressed. |
| 33 | Unchanged | Same relevance objection and generic maintenance-associate job-description reference; no organizational structure. |