# Ameripolish SmartFloor Pads Usage and Maintenance

Clean - Maintenance Equipment

Auto C

If your store is using the Ameripolish SmartFloor Pads, then attach clean Blue SmartFloor Daily Maintenance pad(s) to the Auto-C. Make sure the label-side is facing the machine, and the abrasive-side is facing the floor.

- The ICE and Tennant floor scrubbers use two 13in pads.
  - GNFR Part Number: 100588517




- The Minuteman floor scrubber uses one 20in pad.
  - GNFR Part Number: 100588521




- If the abrasive side of a pad is worn down to the blue color indicators, then replace it with a new blue pad.
- If any of the inserts are missing from the abrasive side of the pad(s), then replace it with a new blue pad.
- Depending on average daily usage and floor conditions, the Blue Daily Maintenance pad(s) will last for 7-14 days (about 2 weeks).




- Hang the rinsed pad(s) to dry.
- If sections of the store require a more intensive and restorative floor scrubbing, use Smartfloor Orange Restoration Pad(s).

## Ameripolish Parts List:

## ec-H2O WATER CONDITIONING CARTRIDGE REPLACEMENT

**FOR SAFETY: Before leaving or servicing machine, stop on level surface, turn off machine, remove key and set parking brake if equipped.**

The water conditioning cartridge is required to be replaced when it reaches its maximum water usage or expiration time of when the cartridge was activated, which ever comes first. The control panel will signal a code when it's time to replace cartridge. See CONTROL PANEL OPERATION for further details.

Depending on machine usage, on average, a new cartridge can last anywhere from 12 months for heavy machine usage to 24 months for light machine usage.

***ATTENTION:*** *During first time use and after replacing the water conditioning cartridge, the ec-H2O system will automatically override the selected solution flow rate for up to 75 minutes.*

1. Park the machine on a level surface, remove the key and set parking brake, if equipped.
2. Lift the recovery tank to access the ec-H2O water conditioning cartridge (Figure 93). Drain recovery tank before lifting tank.



FIG. 93

3. Disconnect the two hose connectors from the top of the cartridge by pressing the gray collars inward and pulling the connectors outward (Figure 94). Lift cartridge to remove.




FIG. 94

4. Fill in the installation date on the new cartridge label (Figure 95).




FIG. 95

5. Install the new cartridge and reconnect the two hoses. Make sure the hose connectors are fully inserted into the cartridge.
6. Reset timer for new cartridge.

   Carefully read and understand all steps first before performing procedure.

   a. Turn key on.
   b. Press and hold the service switch, located on the ec-H2O module, <u>for 10 seconds</u>. After releasing service switch, the three solution flow indicator lights will begin to (ripple) move back and forth (Figure 96).
   c. <u>Within 5 seconds</u> after releasing the service switch, while the three indicator lights are moving back and forth, <u>quickly</u> press and release the solution flow button located on ec-H2O module (Figure 96).
   The three indicator lights will then blink <u>three times</u> to indicate timer has been reset.
   Repeat process if the three indicator lights do not blink three times.




FIG. 96

## MACHINE JACKING

**FOR SAFETY: Before leaving or servicing machine, stop on level surface, turn off machine, remove key and set parking brake if equipped.**

Use the designated locations to jack up the machine for service (Figure 97). Empty the recovery and solution tanks and position the machine on a level surface before jacking.

**FOR SAFETY: When servicing machine, jack machine up at designated locations only. Support machine with jack stands. Use jack or hoist that will support the weight of the machine.**



FIG. 97

## TRANSPORTING MACHINE

When transporting the machine by use of trailer or truck, carefully follow loading and tie-down procedure:

1. Drain tanks, raise the scrub head and the remove squeegee assembly.
2. Carefully load machine in trailer or on truck.

**FOR SAFETY: When loading/unloading, use a ramp that can support the machine weight and operator.**

**FOR SAFETY: When loading/unloading, the machine may only be operated on gradients up to 2%.**

3. Once loaded, position the front of the machine up against the front of the trailer or truck. Lower the scrub head, turn key off and set parking brake, if equipped.
4. Place a block behind each wheel (Figure 98).
5. Using tie-down straps, secure the machine using the four tie-down brackets located on the machine frame (Figure 98). It may be necessary to install tie-down brackets to the floor of your trailer or truck.

***NOTE:*** *When transporting machine in an open truck or trailer, secure recovery tank lid.*

**ATTENTION: Do not use control console area or accessory storage rails for tie-down locations, damage may occur.**



FIG. 98



WALMART0057

## STORING MACHINE

The following steps should be taken when storing the machine for extended periods of time.

1. Charge the batteries before storing machine to prolong the life of the batteries. Recharge lead- acid batteries once a month. Recharge Lithium- ion batteries once a year.
2. Disconnect batteries before storing.
3. Lithium- ion batteries: Turn off battery power with the battery power button.
4. Drain and rinse recovery tank and solution tank.
5. Store the machine in a dry area with squeegee and scrub head in the up position.

**ATTENTION: Do not expose machine to rain, store indoors**.

6. Open the recovery tank lid to promote air circulation.
7. If storing machine machine in freezing temperatures, proceed to FREEZE PROTECTION.

**FOR SAFETY: When storing Lithium- ion Battery Model, do not expose battery to temperatures below - 22°F/- 30°C, above 140°F/60°C. Do not use machine immediately after long- term extreme temperature storage. Before use, return battery module temperature range to 50°F/10°C~95°F/35°C**

*NOTE: To prevent potential machine damage store machine in a rodent and insect free environment.*

The following steps should be taken when storing the machine for extended periods of time.

### FREEZE PROTECTION

Storing machine in freezing temperatures.

1. Completely drain solution tank and recovery tank.
2. Empty the water from the solution tank filter located under machine. Replace filter (Figure 99).



FIG. 99

3. Pour 1 gallon / 4 liters of propylene glycol based recreational vehicle (RV) antifreeze into the solution tank.
4. <u>Models not equipped with ec-H2O system -</u> Turn machine on and operate the solution flow system. Turn the machine off when the antifreeze is visible on the floor.

   <u>Models equipped with ec-H2O system</u> - Turn machine and set the solution flow rate on and operate ec-H2O scrubbing to cycle antifreeze through system. Turn machine off when antifreeze is visible on the floor. This may take up to two minutes.
5. <u>Models equipped with optional automatic battery watering tank</u> - Lift tank from machine and empty the water from tank (Figure 100).



FIG. 100

Drain remaining water from system by removing the drain hose cap located below the tank (Figure 101). Leave cap off tank when draining system. After draining, replace cap on drain hose.

IMPORTANT: DO NOT add antifreeze to the automatic battery watering tank.



FIG. 101

6. After storing machine in freezing temperatures, drain any remaining antifreeze from the solution tank. Add clean water to solution tank and to optional detergent tank and operate the machine to flush system.
7. Refill the automatic battery watering tank with distilled water, if equipped.

## TROUBLESHOOTING

| PROBLEM | CAUSE | SOLUTION |
|---|---|---|
| Service indicator icon is flashing | Machine or on-board battery charger fault has been detected | See SERVICE INDICATOR CODES |
| ec-H2O icon is red or flashing red | ec-H2O system fault has been detected | See SERVICE INDICATOR CODES |
| Machine will not operate | Emergency shut-off button activated | Turn button to reset |
| | Machine fault detected | See SERVICE INDICATOR CODES |
| | Batteries discharged | Recharge batteries |
| | Loose battery cable(s) | Tighten loose cables |
| | Faulty battery(s) | Replace battery(s) |
| | Faulty key switch | Contact service |
| | Faulty start bail switch | Contact service |
| | Circuit breaker tripped | Reset circuit breaker |
| | Faulty control board | Contact service |
| On-board battery charger will not operate | Plug not connected to power supply | Check plug connection |
| | Batteries over discharged | Replace batteries |
| | Battery charger fault detected | See SERVICE INDICATOR CODES |
| | Faulty charger | Replace charger |
| | Faulty power supply cord | Replace power supply cord |
| Machine will not propel | Propel fault has been detected | See SERVICE INDICATOR CODES |
| | Circuit breaker tripped | Reset circuit breaker |
| | Faulty propel motor or wiring | Contact service |
| | Worn carbon brushes in motor | Contact service |
| Brush motor will not operate | Brush motor fault has been detected. | See SERVICE INDICATOR CODES |
| | Faulty pad motor or wiring | Contact service |
| | Circuit breaker tripped | Reset circuit breaker |
| | Worn carbon brushes in motor | Contact service |
| | Broken or loose belt (cylindrical brush model) | Contact service |
| Vacuum motor will not operate | Squeegee assembly is raised off floor | Lower squeegee assembly to floor |
| | Vacuum motor fault has been detected | See SERVICE INDICATOR CODES |
| | Faulty vacuum motor or wiring | Contact service |
| | Circuit breaker tripped | Reset circuit breaker |
| Poor scrubbing performance | Debris caught in brush/pad | Remove debris |
| | Worn brush/pad | Replace brush/pad |
| | Incorrect brush pressure | Adjust brush pressure |
| | Wrong brush/pad type | Use correct brush/pad for application |
| | Low battery charge | Recharge batteries |
| | Uneven brush pressure | Scrub head/brushes not level. Contact service |
| | Broken or loose belt (cylindrical brush model) | Contact service |

4. Before leaving or servicing machine:
    - Stop on level surface.
    - Set parking brake, if equipped.
    - Turn off machine and remove key.
5. When servicing machine:
    - All work must be done with sufficient lighting and visibility.
    - Keep work area well ventilated.
    - Avoid moving parts. Do not wear loose clothing, jewelry and secure long hair.
    - Block machine tires before jacking machine up.
    - Jack machine up at designed locations only. Support machine with jack stands.
    - Use hoist or jack that will support the weight of the machine.
    - Do not power spray or hose off machine.
    - Disconnect battery connections and battery charger before working on machine.
    - Keep all metal objects off batteries.
    - The use of incompatible battery chargers may damage battery packs and potentially cause a fire hazard.
    - Inspect charger cord regularly for damage.
    - Do not disconnect the charger DC cord from the machine receptacle when charger is operating. Arcing may result. If the charger must be interrupted during charging, disconnect the AC power supply cord first.
    - Avoid contact with battery acid.
    - Use a hoist or adequate assistance when lifting batteries.
    - All repairs must be performed by trained personnel.
    - Do not modify the machine from its original design.
    - Use Tennant supplied or approved replacement parts.
    - Wear personal protective equipment as needed and where recommended in this manual.



For Safety: wear protective gloves.



For Safety: wear eye protection.

6. When loading/unloading machine onto/off truck or trailer:
    - Drain tanks before loading machine.
    - Lower scrub head and squeegee before tying down machine.
    - Turn off machine and remove key.
    - Use a ramp, truck or trailer that will support the weight of the machine and operator.
    - Use a winch if ramp incline exceeds a 19.5% grade level.
    - Set parking brake, if equipped.
    - Block machine wheels.
    - Use tie-down straps to secure machine.
    - All repairs must be performed by a qualified service person.
    - Do not modify the machine from its original design.
6. When loading/unloading machine onto/off truck or trailer:
    - Drain tanks before loading.
    - Use a ramp that can support the machine weight and person loading it. Do not exceed a 19.5% ramp incline at a ramp length of 12 ft (3.7m).
    - Turn machine off.
    - Put scrub head in the lowered position.
    - Block machine wheels.
    - Use tie-down straps to secure machine.
    - Set parking brake, if equipped.

## SAFETY LABELS

The safety labels appear on the machine in the locations indicated. Replace labels if they are missing or become damaged or illegible.

**WARNING LABEL -** Located on recovery tank cover.









**BATTERY CHARGE LABEL -**
Located on bottom side of recovery tank.

**⚠WARNING: Fire Or Explosion Hazard. Batteries Emit Hydrogen Gas. Keep Sparks And Open Flame Away. Keep Battery Compartment Open When Charging.**



**SPINNING BRUSH LABEL -**
Located on scrub head

**⚠WARNING: Spinning Brush. Keep Hands Away. Turn Off Power Before Working On Machine.**

## MACHINE COMPONENTS




1. Adjustable Control Console
2. Control Panel
3. Emergency Stop Button (option)
4. Recovery Tank Drain Hose
5. On-board Battery Charger
6. Squeegee Lift Lever
7. Solution Flow Control Knob
8. Squeegee Vacuum Hose
9. Squeegee Assembly
10. Wall Rollers
11. Solution Tank Level/Drain Hose
12. Rear Fill Port
13. Recovery Tank Support Stand
14. Circuit Breaker Panel
15. FaST-PAK Carton Compartment (FaST Model)
    *ec-H2O* System Module (*ec-H2O* Model)
16. Batteries
17. Off-Aisle Wand Solution Hose Coupler
18. Recovery Tank
19. Recovery Tank Cover
20. Cup Holders
21. Solution Tank
22. Front Fill Port
23. Disk Scrub Head
24. Pad Release Plunger
25. Pad Driver Window
26. Scrub Head Skirt
27. Parking Brake (option)
28. Cylindrical Brush Scrub Head

## CONTROL PANEL COMPONENTS




***ec-H2O*** **Model**







***ec-H2O*** **Model**




1. Battery Meter
2. Reverse Trigger
3. Start Triggers
4. Brush Pressure Meter
5. Control Console Height Adjustment Lever
6. Speed Control Knob
7. Brush Pressure Switch
8. Off- Aisle Wand on/off Switch (option)
9. FaST System on/off Switch (FaST Model)
   *ec-H2O* system on/off switch (*ec-H2O* Model)
10. *ec-H2O* system indicator light (*ec-H2O* Model)
11. Main Power on/off Key Switch
12. Hour Meter


WALMART0073