**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

AMANDA BOYD, CASE NO.: 26-CV-60141

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.

_______________________________________/

**DEFENDANT'S EXPERT WITNESS DISCLOSURE**

COMES NOW, Defendant, WAL-MART STORES EAST, LP, by and through undersigned counsel and pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, hereby serves its expert witness disclosure, and states as follows:

**EXPERT WITNESS LIST**

1. Nicole Bonaparte, CPC, CPC-I
Uniform Quality Medical Coding, Inc.
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, Florida 33301

Nicole Bonaparte, CPC, CPC-I, is a medical billing expert who is expected to testify regarding the reasonableness of the billing for Plaintiff's past, present, and future medical care and treatment relating to the injuries that Plaintiff allegedly sustained from the incident described in Plaintiff's complaint. Defendant references the Rule 26 expert disclosure attached hereto as Exhibit "A".

2. Dr. Neil A. Schecter, M.D.
600 South Pine Island Road
Suite 300
Plantation, Florida 33324

Dr. Neil A. Schechter, M.D., is a medical doctor specializing in spinal surgery & orthopaedic surgery who is expected to testify regarding the Plaintiff's past, present, and future medical care and treatment relating to the injuries that Plaintiff allegedly sustained from the incident described in Plaintiff's complaint. Defendant references the Rule 26 expert disclosure attached hereto as Exhibit "B".

The Defendant reserves the right to amend its expert witness list with proper notice to the Plaintiff.

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

By: */s/ Gabrielle A. Johnson*
CHRISTINE M. MANZO
Florida Bar No. 52121
NICHOLAS G. NEVILLE
Florida Bar No. 123893
GABRIELLE A. JOHNSON
Florida Bar No. 1044497

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, I served an electronic copy of the foregoing document onto the following recipients: **Matthew Sean Tucker, Esq.,** (matt@tuckerup.com), TUCKER LAW, *Attorneys for Plaintiff*, 800 SE 3rd Avenue, Suite 300 Fort Lauderdale, FL 33316.

*/s/ Gabrielle A. Johnson*
GABRIELLE A. JOHNSON