**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:26-cv-60141-RS

**AMANDA BOYD,**

**Plaintiff,**

**v.**

**WAL-MART STORES EAST, LP,**

**Defendant.**

**PLAINTIFF AMANDA BOYD'S**
**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT**
**PURSUANT TO FED. R. 68, FLORIDA STATUTE § 768.79 AND FLA. R. 1.442**

**COMES NOW** the Plaintiff, AMANDA BOYD, by and through undersigned counsel, hereby gives notice that on this date a Proposal for Settlement was served upon Defendant WAL-MART STORES EAST, LP pursuant to Fed. R. Civ. P. 68, Fla. Stat. § 768.79 and Fla. R. Civ. P. 1.442.

Dated: August 17, 2026

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed to the this August 17, 2026 to all counsel of record identified on the Service List below.

By: s/Matthew Sean Tucker

**Service List:**

Christine M. Manzo, Esquire
Bar No.: 52121
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
P: 305-379-0400
E-mails: service@lgplaw.com; cmm@lgplaw.com; ngn@lgplaw.com; cms@lgplaw.com
Attorney for Wal-Mart