**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-60141-KUNTZ**

**AMANDA BOYD**,

Plaintiff,

vs.

**WAL-MART STORES EAST, LP**,

Defendants.
_______________________________________/

**ORDER OF RECUSAL**

The undersigned judge, to whom the above styled cause was assigned, hereby recuses himself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of August, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Rodney Smith.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

26-cv-60141-RS

**BY ORDER** of the Court this 17th day of August, 2026.

ANGELA E. NOBLE
Clerk of Court

By: /s/ Stephanie Payne

copies provided to:
counsel of record
Clerk of Court