**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60141-CIV-SMITH**

AMANDA BOYD,

Plaintiff,

vs.

WAL-MART STORES EAST, LP,

Defendant.
_______________________________________/

**ORDER SETTING TRIAL**

This cause is before the Court on the Order of Recusal [DE 32] entered by Judge Kuntz. Upon consideration it is

**ORDERED** that:

1. This matter is reset for trial during the Court's two-week trial calendar beginning on **April 19, 2027, at 9:00 a.m. in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.** If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on April 13, 2027,** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2. All deadlines set out in the Court's March 3, 2026, Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge [DE 9] remain in effect.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of August, 2026.



**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record